IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

_____

PHILLIP HUDSON,

                Petitioner,                              ORDER

      v.                                                  08-cv-282-bbc

GREGORY GRAMS, Warden,
Columbia Correctional Institution,

                Respondent.

_____

      Petitioner Phillip Hudson has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. He seeks leave to proceed *in forma pauperis*. Although petitioner has filed an affidavit of indigency, he has not supported it with a copy of his six-month trust fund account statement. *See* dkt. 2 at 2. Petitioner may have until June 23, 2008 either to 1) submit a printout of his prison trust account statement showing the balance of his release account and transactions for the six-month period immediately preceding the filing of his petition; or 2) pay the $5 filing fee. If petitioner fails to exercise one of these options by this deadline, this court will dismiss his petition for failure to prosecute.

      Entered this 20th day of May, 2008.

                                        BY THE COURT:

                                        /s/

                                        STEPHEN L. CROCKER
                                        Magistrate Judge