IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

_____

PHILLIP HUDSON,

               Petitioner,                   ORDER

      v.                                        08-cv-282-bbc

GREGORY GRAMS, Warden,
Columbia Correctional Institution,

               Respondent.
_____

      Petitioner Phillip Hudson has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner seeks leave to proceed *in forma pauperis* and has supported his request with an affidavit of indigency and a copy of his six-month trust fund account statement. Dkt. 2 and 4. Having reviewed petitioner's submissions, I find that he is unable to prepay the fees of commencing this action or to post security therefor, pursuant to 28 U.S.C. § 1915(a)(1). Accordingly, petitioner's request for leave to proceed *in forma pauperis* is granted.

      Entered this 2nd day of June, 2008.

                                         BY THE COURT:

                                         /s/

                                         _____
                                         STEPHEN L. CROCKER
                                         Magistrate Judge