# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

**PHILLIP HUDSON,**                                             **JUDGMENT IN A CIVIL CASE**

               **Petitioner,**

   **v.**                                                                  **08-cv-282-bbc**

**GREGORY GRAMS, Warden,**
**Columbia Correctional Institution,**

               **Respondent.**

**This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.**

## IT IS ORDERED AND ADJUDGED

that the petition is DISMISSED and the case is closed.

 

**JOEL W. TURNER**
_____
Joel W. Turner, Acting Clerk

Connie A. Korth                                                                              10/3/2008
_____                  _____
by Deputy Clerk                                                                                Date